UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
SEP 07 2018
US District Court
Western District of NC

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE NINE SUBJECT PREMISES IN TAYLORSVILLE, NEWTON, CONOVER, AND HICKORY, NORTH CAROLINA<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID USERNAME: "Everardo-Quintana/ 100006774850170" THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK | ) DOCKET NO. 3:18MJ298<br>)<br>) ORDER SEALING SEARCH WARRANT,<br>) APPLICATION AND AFFIDAVIT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, requesting that the Search Warrants, Application for Search Warrants and Affidavit in support of the Search Warrant, along with the government's sealing motion and this Order be sealed until further order of this Court, in order to protect the secrecy and integrity of an ongoing criminal investigation.

IT IS HEREBY ORDERED that the Search Warrants, Application for Search Warrants and Affidavit in support of the Search Warrant, along with the government's Motion to Seal and this Order, shall be sealed and remain sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

DONE AND ORDERED in Charlotte, North Carolina, on this 7th day of September, 2018.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE